# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 30, 2014

**By the Court:**

| | |
|---|---|
| ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, JUDICIAL COUNCIL NO. 1 IFPTE, AFL-CIO & CLC, et al.,<br>    Plaintiffs-Appellants, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>] |
| No. 14-1953                  v. | ] No. 1:13-cv-02925<br>] |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant-Appellee. | ] Sharon Johnson Coleman,<br>]    Judge.<br>] |

O R D E R

      The appellants' brief does not contain a Jurisdictional Statement that complies with Circuit Rule 28(a).

      Rule 28(a)(1) requires that an appellant identify, in the Jurisdictional Statement, the statutory or constitutional basis of the district court's jurisdiction. Appellants' statement contains no information identifying the provision of the constitution or the particular federal statute involved in this case. Appellants must provide this information. Accordingly,

      IT IS ORDERED that appellants' brief is STRICKEN. Appellants must file a new brief on or before July 7, 2014, which contains a section captioned "Jurisdictional Statement" that complies with all the requirements of Circuit Rule 28(a)(1), identifying the provision of the constitution or federal statute involved in the case. Counsel for appellants are reminded that they may not change any other portion of the brief.

      This order will not extend the time for appellee to file her brief.

NOTE:  Counsel are reminded that they must file an entire corrected brief, including the required certifications, and appendix if an appendix was attached to the stricken brief.