# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 7, 2014

*By the Court:*

| No.: 14-1953 | ASSOCIATION OF ADMINISTRATIVE LAW JUDGES, JUDICIAL COUNCIL NO. 1 IFPTE, AFL-CIO & CLC, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:13-cv-02925<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

Upon consideration of the **UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OF APPELLEE'S BRIEFING DEADLINE OUT OF TIME,** filed on August 7, 2014, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. The Appellee's brief is due by August 29, 2014.

2. The Appellants' reply brief, if any, is due by September 12, 2014.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_BTC**(form ID: **178**)